### JUNIPER NETWORKS, INC., Plaintiff–Appellant,

v.

### Peter M. SHIPLEY, Defendant–Appellee.

No. 2010–1327.

United States Court of Appeals, Federal Circuit.

Aug. 26, 2010.

---

Jonathan S. Kagan, Irell & Manella LLP, Los Angeles, CA, for Plaintiff–Appellant.

Andrew T. Oliver, Townsend and Townsend and Crew LLP, Palo Alto, CA, for Defendant–Appellee.

### ON MOTION

### ORDER

Upon consideration of Juniper Networks, Inc.'s motion for an extension of time, until September 22, 2010, to file its reply brief,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.